UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSHUA PODA,

    Plaintiff,                          Case No. 8:23-cv-00632-WFJ-AAS

v.

GLOBE LIFE AND ACCIDENT
INSURANCE COMPANY

    Defendant.

_____/

DEFENDANT'S NOTICE OF SETTLEMENT

    Defendant, Globe Life And Accident Insurance Company, hereby gives notice that the parties have settled this matter. When the settlement is fully consummated, Plaintiff will be filing dismissal papers with the Court.

    I HEREBY CERTIFY that on October 17, 2013, I/we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF participant: Whitney Page, Esq., of the Law Offices of Jason Turchin at 2883 Executive Park Drive, Suite 103, Weston, Fla. 33331 >whitney@victimaid.com< and to Jason Turchin, Esq. of the Law Offices of Jason Turchin at 2883 Executive Park Drive, Suite 103-A, Weston, Fla. 33331 >jason@victimaid.com< and to Christopher J. Brochu, Esq. of Brochu Law, PLLC , at 841 Prudential Drive, Suite 1200, Jacksonville, Fla. 32207 >c.brochu@brochulaw.com Counsel for Plaintiff. I further certify that the foregoing document is being served this same date on all counsel of record identified on the attached Service List, if any, in the manner specified either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties or counsel who are not authorized to receive electronically Notices of Electronic Filing.

/S/ John L. Maloney
John L. Maloney, Esq.
Florida Bar No. 312932
Law Office of John L. Maloney, P.A.
2738 Via Tivoli, Suite 210B
Clearwater, Florida 33764
(727) 333-7362
jlmaloneyoffice@tampabay.rr.com
Lead Trial Counsel for Defendant
ATTORNEY TO BE NOTICED


/s/ Lawrence I. Bass
Lawrence I. Bass (Florida Bar No.: 338435)
E-mail: lawrencebass@bellsouth.net
basslaw@gmail.com
Law Office of Lawrence I. Bass, P.A.
516   Overlook   Drive
North Palm Beach, FL 33408
Telephone:     (561) 329-3477
Co-counsel for Defendant
ATTORNEY TO BE NOTICED